# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jose Raymundo Gaxiola Cota<br>DOB: 1982; Mexican National | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-07898MJ |

Complaint for violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 13, 2023, in the District of Arizona, Jose Raymundo **GAXIOLA COTA**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess ammunition, that is: twenty-one (21) rounds of 7.62x39 caliber TULAMMO ammunition, said ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 13, 2023, at approximately 10:30 a.m., a United States Border Patrol Agent (BPA) encountered **Jose Raymundo Gaxiola Cota** after he entered the United States illegally near Sasabe, Arizona, at a location known as Tres Bellotas Ranch Laydown Yard. When a BPA arrived at a gap in the fence near the Laydown Yard, **Gaxiola Cota**, dressed in camouflage, raised his hands, and stated he was armed. **Gaxiola Cota** then told the BPA he had an AK47 on the ground. While detaining **Gaxiola Cota**, a BPA also noticed a handgun in **Gaxiola Cota's** right top pants pocket and two loaded AK47 magazines. In addition, the BPA located 21 rounds of loose 7.62x39 caliber TULAMMO ammunition in **Gaxiola Cota's** pants. After placing **Gaxiola Cota** under arrest, the BPA located the AK47 just south of the border fence. The AK47 was later determined to be a fully automatic rifle, with a partially full magazine, and a round in the chamber.

During a post-*Miranda* interview, **Gaxiola Cota** stated that on December 12, 2023, prior to his entry into the United States, he got into an argument with another individual. **Gaxiola Cota** stated that after an exchange of words, he walked away to get some water, but some men began shooting towards, but not at, him. **Gaxiola Cota** stated he then decided to walk north into the United States and surrender to BPAs on the border. **Gaxiola Cota** also stated he illegally entered the United States carrying an old AK47 rifle, a loaded 9mm two-tone pistol (chrome/black) in his front pocket, a backpack containing two (2) loaded rifle magazines, loose rounds of ammunition, and one knee pad.

An Alcohol, Tobacco, Firearms, and Explosives Special Agent examined photographs of the ammunition and determined the ammunition had been shipped and transported in interstate and foreign commerce.

A subsequent investigation showed **Gaxiola Cota** is a Mexican National that had unlawfully entered the United States from Mexico at a time and place other than as designated by the Secretary of Homeland Security of the United States. Prior to his entry, **Gaxiola Cota** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED AUSA *Nathaniel J. Walters*<br>Sworn by telephone _x_ | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>USBP Agent Andrew Carpenter |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 14, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54